FILED'10 APR 9 11:22USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NEIL B. STAFFORD,

    Plaintiff,

v.

STEVEN POWERS, et al.,

    Defendants.

Civ. No. 09-3031-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Report and Recommendation, the district court must make a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

    Here, petitioner objects to the Report and Recommendation,

1 - ORDER

and I have reviewed this matter de novo. I agree with the Report and Recommendation that defendants are entitled to immunity from plaintiff's damages claims. I also agree that plaintiff failed to show that the predatory sex offender designation violated his due process rights.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#60) is adopted. Defendants' motion for summary judgment (#38) is granted in part and denied in part. Plaintiff's motion for summary judgment (#47) is denied. Judgment is for defendants.

IT IS SO ORDERED.

DATED this 9 day of April, 2010.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER